NUMBER 13-07-086-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_________________________________________________________


RENDA AYERS RUSHING, Appellant,


v.



DAVID RUSHING, Appellee.

_________________________________________________________


On appeal from the 343rd District Court 


of San Patricio County, Texas


________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, RENDA AYERS RUSHING, attempted to perfect an appeal from a
judgment entered by the 343rd District Court of San Patricio County, Texas, in cause
number 06-5273FL-C. Judgment in this cause was signed on September 29, 2006. 
An untimely motion for new trial was filed on November 20, 2006. Pursuant to Tex.
R. App. P. 26.1, appellant's notice of appeal was due on October 30, 2006, but was
not filed until February 8, 2007. 

 Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court's letter, the appeal would be
dismissed. Appellant filed a response to this Court's letter, but otherwise failed to
correct the defect.

 The Court, having examined and fully considered the documents on file and
appellant's failure to timely perfect her appeal, is of the opinion that the appeal should
be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT
OF JURISDICTION.

 PER CURIAM



Memorandum Opinion delivered and

filed this the 24th day of May, 2007.